**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____     Chapter   **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Crosby Tugs, L.L.C.** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)

**72-0914194**

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **17751 Highway 3235** **Galliano, LA 70354** | **c/o Kurt Crosby, P.O. Box 1226** **Galliano, LA 70354** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Lafourche** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   **https://www.crosbytugs.com/**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Crosby Tugs, L.L.C.**                                                   Case number (*if known*) _____
<br>Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___**3241**___

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
<br>If more than 2 cases, attach a separate list.

■ No.
<br>☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
<br>■ Yes.

Debtor  **Crosby Tugs, L.L.C.** _____     Case number (*if known*) _____
        Name

List all cases. If more than 1,     Debtor  **See Attachment**          Relationship _____
attach a separate list              District _____ When _____   Case number, if known _____

---

**11.  Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

        Contact name _____

        Phone _____

---

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Crosby Tugs, L.L.C.** | Case number (*if known*) | |
| | Name | |

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **March 23, 2026**
                           MM / DD / YYYY

**X** **/s/ Lawrence Perkins**                                          **Lawrence Perkins**
Signature of authorized representative of debtor              Printed name

Title     **Chief Restructuring Partners, LLC**

---

**18. Signature of attorney**

**X** **/s/ Benjamin W. Kadden**                          Date  **March 23, 2026**
Signature of attorney for debtor                                                 MM / DD / YYYY

**Benjamin W. Kadden 29927**
Printed name

**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
Firm name

**601 Poydras Street, Suite 2775**
**New Orleans, LA 70130**
Number, Street, City, State & ZIP Code

Contact phone     **(504)568-1990**          Email address     **bkadden@lawla.com**

**29927 LA**
Bar number and State

---

Debtor **Crosby Tugs, L.L.C.**        Case number (*if known*) _____
Name

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____ Chapter __**11**__

☐ Check if this is an amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Bertucci Contracting Company, L.L.C.** | | | Relationship to you | **Affiliate** |
| District | **Eastern** | When | **3/23/26** | Case number, if known | |
| Debtor | **Crosby Dredging, LLC** | | | Relationship to you | **Affiliate** |
| District | **Eastern** | When | **3/23/26** | Case number, if known | |
| Debtor | **Crosby Marine Transportation, LLC** | | | Relationship to you | **Affiliate** |
| District | **Eastern** | When | **3/23/26** | Case number, if known | |

## CERTIFICATE OF RESOLUTION

I, Kurt J. Crosby, in my capacity as the Chief Executive Officer of Crosby Enterprises, LLC ("Manager"), the sole member-manager for Crosby Tugs, L.L.C. (the "Company") do hereby certify that the Company has adopted the following resolutions:

**RESOLVED,** that it is desirable and in the best interest of the Company, its creditors, members, and other interested parties, that a voluntary petition be filed by the Company seeking relief under the provisions of Chapter 11 of the United States Code (the "Bankruptcy Code") and it is further

**RESOLVED,** that the form of Chapter 11 petition shall be as required by law and is approved and adopted in all respects, and that Lawerence Perkins, as Chief Restructuring Officer, of SierraConstellation Partners LLC, be and hereby is, specifically and exclusively authorized and directed, on behalf of and in the name of the Company, to execute and verify a petition substantially in such form and all related and required documents to the extent necessary, to commence a Chapter 11 bankruptcy case (the "Petition") and to cause the Petition to be filed with the United States Bankruptcy Court for the Eastern District of Louisiana (the "Bankruptcy Court"), at such time as Chief Restructuring Officer, Lawerence Perkins executing the Petition on behalf of the Company, in his sole discretion shall determine; and it is further

**RESOLVED,** that on behalf of the Company, Lawerence Perkins, as Chief Restructuring Officer, be and hereby is specifically and exclusively authorized to execute and file all petitions, schedules, lists and the motions, objections, replies, applications, and other papers or documents and take all actions which he, in his sole discretion, determines to be necessary or proper in connection with the Chapter 11 case; and it is further

**RESOLVED,** that Lawerence Perkins, as Chief Restructuring Officer on behalf of the Company, be and hereby is specifically and exclusively authorized and directed to employ, pay appropriate retainers, and execute retention agreements, subject to approval by the Bankruptcy Court including: (a) Lugenbuhl, Wheaton, Peck, Rankin and Hubbard ("Lugenbuhl") as bankruptcy counsel, (b) Raymond James & Associates, Inc. ("Raymond James") as investment banker, and (c) any additional professionals deemed to be necessary during the Chapter 11 case's administration ("Other Professionals"); and it is further

{00383734-1}                                      1

**RESOLVED**, that on behalf of the Company, Lawerence Perkins, as Chief Restructuring Officer, be and hereby is specifically and exclusively authorized to appoint one or more persons, including employed professionals, to assist in the administration of the Chapter 11 case, by acting as representative of the Company, including at any meeting, appearance, court proceeding, hearing, or trial; and it is further

**RESOLVED**, that on behalf of the Company, Kurt J. Crosby, be and hereby authorized and directed to employ Lawerence Perkins as the Chief Restructuring Officer and SierraConstellation Partners LLC, and is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Lawerence Perkins as Chief Restructuring Officer; and it is further

**RESOLVED**, that on behalf of the Company, Kurt J. Crosby, be and hereby authorized and directed to employ Stretto, Inc. as the Claims and Notice Agent, and is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Stretto, Inc. as Claims and Notice Agent.

**IN WITNESS WHEREFORE,** I have hereunto set my hand on March 23, 2026.

Crosby Tugs, LLC

By: _____

Kurt J. Crosby, as Chief Executive Officer for Crosby Enterprises, LLC, the sole Member-Manager for Crosby Tugs, LLC

2