| **Information to identify the case:** | | |
|---|---|---|
| Debtor | **Crosby Tugs, L.L.C.**<br>Name | EIN **72–0914194** |
| United States Bankruptcy Court **Eastern District of Louisiana**<br>Case number: **26–10679 Section A Office Code: 2** | | Date case filed for chapter **11 3/23/26** |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | Crosby Tugs, L.L.C. | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | c/o Kurt Crosby<br>P.O. Box 1226<br>Galliano, LA 70354 | |
| 4. **Debtor's attorney**<br>Name and address | Benjamin Kadden<br>Lugenbuhl, Wheaton, Peck, Rankin<br>601 Poydras St<br>Suite 2775<br>New Orleans, LA 70130 | Contact phone 504–568–1990<br><br>Email: bkadden@lawla.com |
| 5. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Eastern District of Louisiana<br>Hale Boggs Federal Building<br>500 Poydras Street, Suite B–601<br>New Orleans, LA 70130 | Hours open:<br>8:30 – 4:30 Monday – Friday<br><br>Contact phone (504) 589–7878<br><br>Date: 4/2/26 |
| 6. **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **May 1, 2026 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Telephone Conference Line:<br>888–330–1716, Participant Passcode:<br>8461305**<br><br>For additional meeting information go to www.justice.gov/ust/moc. |

**For more information, see page 2 >**

Debtor **Crosby Tugs, L.L.C.** Case number **26–10679**

| 7. Proof of claim deadline | **Deadline for filing proof of claim:** | Not yet set. If a deadline is set, the court will send you another notice. |
|---|---|---|

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:
- your claim is designated as *disputed*, *contingent*, or *unliquidated;*
- you file a proof of claim in a different amount; or
- you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

---

**8. Exception to discharge deadline**
The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline.

If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.

**Deadline for filing the complaint:** 6/30/26

---

**9. Creditors with a foreign address**

If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

---

**10. Filing a Chapter 11 bankruptcy case**

Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business.

---

**11. Discharge of debts**

Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

---

United States Bankruptcy Court

Eastern District of Louisiana

In re:

Crosby Tugs, L.L.C.

    Debtor

Case No. 26-10679-MSG

Chapter 11

# CERTIFICATE OF NOTICE

District/off: 053L-2                      User: admin                      Page 1 of 2

Date Rcvd: Apr 02, 2026                Form ID: 309F1                   Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Crosby Tugs, L.L.C., c/o Kurt Crosby, P.O. Box 1226, Galliano, LA 70354-1226 |
| aty | + | Scott G. Discon, Discon Law Firm, 424 N. Causeway Blvd., Suite A, Mandeville, LA 70448-4671 |
| 4196086 | + | Discon Law Firm obo Jimmie Lodrigue, 424 N Causeway Blvd, Suite A, Mandeville, LA 70448-4671 |
| 4197213 | + | Forever Funding LLC, c/o Gene Rosen's Law Firm, 200 Garden City Plaza, Suite 405, Garden City, NY 11530-3338 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ustpregion05.nr.ecf@usdoj.gov | Apr 02 2026 19:07:00 | Amanda Burnette George, DOJ-Ust, 600 S. Maestri Place, Suite 840-T, New Orleans, LA 70130-3414 |
| aty | | Email/Text: bkadden@lawla.com | Apr 02 2026 19:07:00 | Benjamin Kadden, Lugenbuhl, Wheaton, Peck, Rankin, 601 Poydras St, Suite 2775, New Orleans, LA 70130 |
| smg | ^ | MEBN | Apr 02 2026 19:05:31 | Collector of Revenue, City of New Orleans, Department of Finance, 1300 Perdido Street, RM 1W15, New Orleans, LA 70112-2125 |
| smg | | EDI: IRS.COM | Apr 02 2026 23:09:00 | Internal Revenue Service, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | | EDI: LADOR | Apr 02 2026 23:09:00 | Louisiana Department of Revenue, Collection Division/Bankruptcy Section, P. O. Box 66658, Baton Rouge, LA 70896-6658 |
| smg | + | Email/Text: bankruptcy_bpc@lwc.la.gov | Apr 02 2026 19:07:00 | Louisiana Workforce Commission, UI Tax Liability and Adjudications, Attn: Bankruptcy Unit, 1001 N. 23rd Street, Baton Rouge, LA 70802-3338 |
| smg | | Email/Text: USALAE.Bankruptcy@usdoj.gov | Apr 02 2026 19:07:00 | U. S. Attorney's Office, Eastern District of Louisiana, 650 Poydras Street, Suite 1600, New Orleans, LA 70130-7212 |
| smg | | Email/Text: atlreorg@sec.gov | Apr 02 2026 19:07:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta, GA 30326-1382 |
| ust | + | Email/Text: ustpregion05.nr.ecf@usdoj.gov | Apr 02 2026 19:07:00 | Office of the U.S. Trustee, DOJ-Ust, 600 S. Maestri Place, Suite 840-T, New Orleans, LA 70130-3414 |
| 4197908 | | EDI: PHINAMERI.COM | Apr 02 2026 23:09:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 4195895 | + | EDI: AISACG.COM | Apr 02 2026 23:09:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4197856 | + | EDI: PHINAMERI.COM | | |

District/off: 053L-2  User: admin  Page 2 of 2

Date Rcvd: Apr 02, 2026  Form ID: 309F1  Total Noticed: 16

| | | |
|---|---|---|
| | Apr 02 2026 23:09:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4195896 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4195897 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2026  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amanda Burnette George | on behalf of U.S. Trustee Office of the U.S. Trustee Amanda.B.George@usdoj.gov |
| Benjamin Kadden | on behalf of Debtor Crosby Tugs L.L.C. bkadden@lawla.com, mnguyen@lawla.com;ijohnson@lawla.com |
| Office of the U.S. Trustee | USTPRegion05.NR.ECF@usdoj.gov |

TOTAL: 3